**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6058**

———————

JOSEPH MARLO REDMAN,

Petitioner - Appellant,

versus

PATRICK CONROY; JOSEPH CURRAN,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
01-3410)

———————

Submitted:  March 21, 2002          Decided:  March 29, 2002

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Joseph Marlo Redman, Appellant Pro Se.  Ann Norman Bosse, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Marlo Redman seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Redman v. Conroy, No. CA-01-3410 (D. Md. Dec. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2